ISIDORE SILVERMAN, as Receiver of MORRIS LEVY, Respondent, v. MORRIS LEVY et al., Appellants, et al., Defendants.

Submitted October 4, 1948; decided October 7, 1948.

*Samuel Komoroff* for motion.
*Robert E. Perin* opposed.

Motion denied and case set down for argument during November, 1948, session.